An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN STEVEN OLAUSEN,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 68363

**FILED**

SEP 2 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

On June 29, 2015, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.        _____, J.
Douglas                              Cherry

cc:    Hon. Connie J. Steinheimer, District Judge
       John Steven Olausen
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-29139